# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161908(84)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COLLINS LOUIS GLENN, III,
      Defendant-Appellant.

_____/

SC: 161908
COA: 341721
Wayne CC: 17-005161-FC

On order of the Chief Justice, the motion of defendant-appellant to file Supplemental Appendix E is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2020



Clerk